DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 JUNE 2013

| | | | |
|---|---|---|---|
| 030P13 | State v. Brandi Lea Grainger | 1. State's Motion for Temporary Stay (COA12-444) | 1. Allowed **01/18/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | | **Beasley, J., Recused** |
| 040PA13 | In the Matter of: L.M.T. and A.M.T. | Cumberland County DSS and GAL's Motion to Deem Brief Timely Filed | Allowed |
| 040PA13 | In the Matter of: L.M.T. and A.M.T. | 1. Office of Parent Representation's Motion for Leave to File *Amicus* Brief | 1. Allowed |
| | | 2. Cumberland County DSS and GAL's Motion to Deny Office of Parent Representation's Motion for Leave to File *Amicus* Brief | 2. Dismissed |
| 043P13 | Donald King v. Jimmy Lee Brooks, Tommy Lee Brooks a/k/a Tommie Lee Brooks, Frankie Lee Southerland a/k/a Frankie Lee Southland, Jessica Fawn Chavez a/k/a Jessica Free, Henderson Rachman, Nicholas Jones, William Wright and William Wright d/b/a Wright's Coin Shop | Def's (William Wright and William Wright d/b/a Wright's Coin Shop) PDR Under N.C.G.S. § 7A-31 (COA12-533) | Denied **Beasley, J., Recused** |
| 045P13 | Rufus Stark and Betty Stark v. N.C. Department of Environment and Natural Resources, Division of Land Resources, Harrison Construction, Division of APAC Atlantic, Inc., and the North Carolina Mining Commission | 1. Petitioners' PDR Under N.C.G.S. § 7A-31 (COA12-449) | 1. Denied |
| | | 2. Petitioner's PWC to Review Decision of COA | 2. Dismissed as Moot |